UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY BETH FAULKNER,

        NO. CIV. S-11-0408 LKK/CKD

    Plaintiff,

  v.                                    O R D E R

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.,

    Defendants.

    Pending before the court in the above captioned case are cross-motions for summary judgment, ECF Nos. 20 and 25, which are currently set to be heard on January 17, 2012. Due to court congestion, the court CONTINUES the hearing to January 30, 2012 at 10:00a.m. The deadline for the filing of reply briefs, if any, is unchanged.

    IT IS SO ORDERED.

    DATED: January 10, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1