SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

*Amanda Uhrhammer, SBN 199445*
**ATTORNEYS FOR PLAINTIFF**
**MARY BETH FAULKNER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH FAULKNER,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; et al.<br><br>    Respondent.<br>_____ | **Case No. 11-CV 000408-LKK-CKD**<br><br>**ORDER GRANTING PLAINTIFF, MARY BETH FAULKNER'S, REQUEST FOR CONTINUANCE OF MOTION FOR ATTORNEYS' FEES AND INTEREST**<br><br>Date:  May 21, 2012<br>Time:  10:00 a.m.<br>Ctrm:  4<br>Judge: Hon. Lawrence K. Karlton |

///

///

///

///

///

///

///

1  Plaintiff, MARY BETH FAULKNER's Request for a 60-day Continuance of the
2  Motion for Attorneys' Fees and Interest, having been considered, and good cause having
3  been found, is GRANTED.
4  
5  The new hearing date for the Motion for Attorneys' Fees and Interest is now set for
6  July 9, 2012 at 10:00 a.m. in Courtroom 4.  The deadline to file an Opposition to said
7  Motion for Attorneys' Fees and Interest is continued and will be determined in relation to
8  the new hearing date.
9  
10  IT IS SO ORDERED.
11  DATED:   May 8, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT