1

SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

2

3

4

*Amanda Uhrhammer, SBN 199445*
**ATTORNEYS FOR PLAINTIFF**
**MARY BETH FAULKNER**

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

11

MARY BETH FAULKNER,

**Case No. 11-CV 000408-LKK-CKD**

12

        Plaintiff,

**ORDER GRANTING PLAINTIFF,**
**MARY BETH FAULKNER'S,**
**REQUEST FOR CONTINUANCE OF**
**MOTION FOR ATTORNEYS' FEES**
**AND INTEREST**

13

  v.

14

15

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY; et al.

16

        Respondent.

**Date:**   May 21, 2012
**Time:**   10:00 a.m.
**Ctrm:**   4
**Judge:**  Hon. Lawrence K. Karlton

17

_____

18

19

///

20

///

21

22

///

23

///

24

///

25

26

///

27

///

28

SPINELLI, DONALD
& NOTT

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF
MOTION FOR ATTORNEYS' FEE AND INTEREST

1    Plaintiff, MARY BETH FAULKNER's Request for a 60-day Continuance of the

2  Motion for Attorneys' Fees and Interest, having been considered, and good cause having

3  been found, is GRANTED.

4

5    The new hearing date for the Motion for Attorneys' Fees and Interest is now set for

6  July 9, 2012 at 10:00 a.m. in Courtroom 4.  The deadline to file an Opposition to said

7  Motion for Attorneys' Fees and Interest is continued and will be determined in relation to

8  the new hearing date.

9

10    IT IS SO ORDERED.

11    DATED:   May 8, 2012.

12

13

14

15  LAWRENCE K. KARLTON
   SENIOR JUDGE
16  UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28